IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LYNN M. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 1:11cv02172-RLW |
| | ) |
| v. | ) |
| | ) |
| BAE SYSTEMS, INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER**

Upon consideration of the parties' Joint Proposed Scheduling Order, and the entire record herein, it is this 23rd day of January 2014, hereby ORDERED that the remaining deadlines in this matter shall be as follows:

| **Event** | **Date** |
|---|---|
| Plaintiff's Discovery Responses | January 29, 2014 |
| Motions for Sanctions | February 7, 2014 |
| Discovery Close | February 28, 2014 |

By agreement of the Parties BAE Systems will depose Dr. Rinn and Dr. Hayden within the remaining discovery period.

Summary Judgment:

| | |
|---|---|
| Motions | March 28, 2014 |
| Oppositions | April 14, 2014 |
| Replies | April 24, 2014 |

SO ORDERED.

                                                                                         _____
                                                                                          Judge Robert L. Wilkins.