IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LYNN M. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:11cv02172-RLW |
| ) | |
| v. ) | |
| ) | |
| BAE SYSTEMS, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANTS' NOTICE OF FILING UNDER SEAL

Defendants BAE Systems, Inc., and BAE Systems Information Solutions Inc. ("Defendants" or "BAE Systems"), by undersigned counsel, hereby notify this Honorable Court that on this 7th day of February, 2014, it has filed under seal, pursuant to the Protective Order entered in this action on April 2, 2013 and the Court's Order during the September 30, 2013 sanctions hearing, Defendants' Motion for Sanctions, with supporting exhibits.

Respectfully submitted,

SEYFARTH SHAW LLP

Dated: February 7, 2014

By: /s/ Raymond C. Baldwin

Raymond C. Baldwin (D.C. Bar No. 461514)
rbaldwin@seyfarth.com
Christine M. Costantino (D.C. Bar No. 984639)
ccostantino@seyfarth.com

SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, DC 20004-1454
(202) 463-2400 (telephone)
(202) 828-5393 (facsimile)

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of Defendants' Notice of Filing Under Seal was served via ECF and U.S. Mail, postage prepaid, this 7th day of February 2014, upon:

>Harry J. Jordan, Esq.
>Jordan and Associates
>1101 17th Street, NW, Suite 609
>Washington, DC 20006
>hjlaw@msn.com
>Counsel for Plaintiff

/s/ Raymond C. Baldwin
Raymond C. Baldwin (D.C. Bar No. 461514)

SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, DC 20004-1454
(202) 463-2400 (telephone)
(202) 828-5393 (facsimile)
rbaldwin@seyfarth.com

16818891v.1