Case 1:11cv02172-RLW Document 60  Filed 1/29/14  Page 1 of 1

## IN THE UNITED STATES DISCRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LYNN M. JOHNSON,                     ) | |
|     Plaintiff,           ) | **FILED UNDER SEAL** |
|                         ) | **Civil Action No. 1:11cv02172-RLW** |
| v.                                    ) | |
|                         ) | |
| BAE SYSTEMS, INC., et al.,            ) | |
|     Defendants.         ) | |

### PLAINTIFF'S NOTICE OF FILING OPPOSITION TO
### DEFENDANTS' MOTION FOR SANCTIONS UNDER SEAL

Plaintiff, Lynn M. Johnson, by and through her undersigned counsel, hereby notifies this Honorable Court that on this 21ST day of February, 2014, she has filed, under seal, pursuant to the Protective Order entered in this action on April 2, 2013, her Opposition to Defendants' Motion for Sanctions, with all attachments and supporting exhibits.

Respectfully submitted,

/s/ Harry J. Jordan
Harry J. Jordan, Esq. (D.C. Bar No. 047860)
1101 17th Street, NW, Suite 609
Washington, DC 20036-4718
(202) 416-0216 (telephone)
(202) 296-1370 (facsimile)
hjjlaw@msn.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Notice of Filing Under Seal was served electronically in accordance with the Court's rules, on Richard C. Baldwin, Esq., and Christine M. Constantino, Esq., Seyfarth Shaw, LLP, 975 F Street, NW, Washington, DC 20004-1454, Defendants' Counsel.

   /s/ Harry J. Jordan